UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CHERYL J. ROBY,                                            No. 06-10668

　　　　　　　　　　　Debtor(s).
_____/

ORDER OVERRULING OBJECTION TO CLAIM
_____

　　　For the reasons stated in the Memorandum filed herewith, IT IS ORDERED as follows;

　　　1. The debtor's objection to the scheduled claim of Finance America, LLC, is overruled without prejudice.

　　　2.　Until and unless an objection to said claim is sustained, said claim shall be treated as an allowed unsecured claim and dividends shall paid to Chase Home Finance if no objection is pending and, if an objection is pending, shall be held in the trust account of Roby's counsel pending further order of the court.

　　　3. No further dividend shall be paid to any unsecured creditor until that due on the Finance America claim has been paid or deposited into said trust account in an amount equivalent to the dividend already paid to other unsecured creditors.

　　　4. All estate funds shall be placed in the trust account of Roby's counsel immediately except those funds already in a blocked account and not subject to withdrawal absent an order of the court.

Dated: March 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Alan Jaroslovsky
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge